# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Life Savers Concepts Association of California; Life Savers Concepts Association, Inc.; Lupita Chavez; Rito Chavez; Raquel Chavez; Esequiel Lombera <br><br> *Plaintiff(s)* <br> v. <br> Roahn Wynar; Alicia Cox; The Federal Bureau of Investigation; and Does 1-100, inclusive, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 5:18-cv-02252-HRL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ROAHN WYNAR, Federal Bureau of Investigation, 2200 Garden Road, Suite 102, Moneterey, CA 93940
ALICIA COX, Monterey County District Attorney's Office
1200 Aguajito Rd, Monterey, CA 93940
THE FEDERAL BUREAU OF INVESTIGATION
U.S. Dept. of Justice, 935 Pennsylvania Ave., Northwest, Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael T. Stoller, Esq.
STOLLER LAW GROUP
23945 Calabasas Road, Suite 103
Calabasas, CA 91302
Tel: (818) 225-4040
Fax: (818) 225-4044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:18-cv-02252-HRL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____     _____
                                                                *Server's signature*

                                              _____
                                                                *Printed name and title*

                                              _____
                                                                *Server's address*

Additional information regarding attempted service, etc: