| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| MICHAEL T. STOLLER SBN 120241<br>23945 CALABASAS ROAD, SUITE 103<br>CALABASAS    CA    91302<br>ATTORNEY FOR (Name)   Plaintiff | (760) 967-7567 | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE:
LIFE SAVERS v WYNAR

| 3357713 | (HEARING) Date | Time | Dept | Case Number:<br>518CV02252HRL |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>LIFESAVERS v. WYNAR |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
2. I SERVED COPIES OF THE:
   SUMMONS & COMPLAINT
   CIVIL COVER SHEET
   ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
   DEADLINES

3. a. PARTY SERVED:    ALICIA COX

4. ADDRESS:    1200 Aguajito Road
               Monterey    CA    93940
5. I SERVED THE PARTY IN 3A BY SUBSTITUTED SERVICE
   ON    7/2/2010 AT 2:28:00 PM
   b    BY LEAVING THE DOCUMENTS LISTED IN 2 WITH OR IN THE PRESENCE OF:
   ANDREA ROBLES, APPARENTLY IN CHARGE
   HISPANIC FEMALE 20YRS 5'4" 130LBS. BROWN HAIR, BROWN EYES
   (1) (BUSINESS) A PERSON AT LEAST 18 YEARS OF AGE APPARENTLY IN CHARGE AT THE OFFICE OR
       USUAL PLACE OF BUSINESS OF THE PERSON TO BE SERVED. I INFORMED HIM OR HER OF THE
       GENERAL NATURE OF THE PAPERS
   (4) A DECLARATION OF MAILING IS ATTACHED IF REQUIRED
   (5) A DECLARATION OF DILIGENCE IS ATTACHED IF REQUIRED
6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   a. AN INDIVIDUAL DEFENDANT    ALICIA COX

UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : 415.20

7a. Person Serving:    Uinisa    Nai

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $105.76
e. I am:
   (1)       not a registered California process server:
   (3) X    registered California process server:
            (i) Independent Contractor
            (i) Registration No: PS0202
            (i) County:    MONTEREY

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.    Uinisa    Nai
7/11/2018

X _____
           SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

**PROOF OF SERVICE**

CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| MICHAEL T. STOLLER SBN 120241<br>23945 CALABASAS ROAD, SUITE 103<br>CALABASAS  CA  91302<br>ATTORNEY FOR (Name): Plaintiff | (760) 967-7567 | |

Insert of Court Name of Judicial District and Branch Court if any:
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
LIFE SAVERS v WYNAR

| 3357713 | (HEARING) Date | Time | Dept | Case Number:<br>518CV02252HRL |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>LIFESAVERS v. WYNAR |

## DECLARATION OF REASONABLE DILIGENCE

PERSON TO SERVE: ALICIA COX

DOCUMENTS RECEIVED:
SUMMONS & COMPLAINT
CIVIL COVER SHEET
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

I, Uinisa Nai DECLARE THAT I MADE THE FOLLOWING ATTEMPTS TO EFFECT SERVICE BY PERSONAL DELIVERY.

BUSINESS: 1200 Aguajito Road
Monterey  CA  93940

06/27/18  09:03 AM SUBJECT IS NOT IN PER ANDREA ROBLES.
06/28/18  09:27 AM SUBJECT IS NOT IN TODAY PER ANDREA.
07/02/10  02:28 PM SUBJECT NOT IN, SUB-SERVED PERSON APPARENTLY IN CHARGE ANDREA ROBLES HISPANIC FEMALE 20YRS 5'4" 130LBS. BROWN HAIR BROWN EYES

7a. Person Serving: Uinisa Nai

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was  $105.76
e. I am:
(1) not a registered California process server;
(3) X registered California process server:
  (i) Independent Contractor
  (i) Registration No: PS0202
  (i) County: MONTEREY

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Uinisa Nai
7/11/2018

X _____ SIGNATURE

**PROOF OF SERVICE**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| MICHAEL T. STOLLER SBN 120241<br>23945 CALABASAS ROAD, SUITE 103<br>CALABASAS    CA    91302 | (760) 967-7567 | |
| ATTORNEY FOR (Name)    Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
LIFE SAVERS v WYNAR

| 3357713 | (HEARING) Date | Time | Dept | Case Number:<br>518CV02252HRL |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>LIFESAVERS v. WYNAR |

## PROOF OF SERVICE BY MAIL

1. I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION. AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON  07/03/2018

5. b (4)  AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) or 415.20 (b) or 415.46 C.C.P. WAS MADE. I SERVED THE WITHIN:

SUMMONS & COMPLAINT
CIVIL COVER SHEET
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES

ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT: COSTA MESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

ALICIA COX

1200 Aguajito Road
Monterey    CA    93940

DECLARANT:  MONICA FIGUEROA

d. The fee for service was    $105.76
e. I am:
(1) X  not a registered California process server:
(3)    registered California process server:
   (i) Employee
   (i) Registration No:
   (i) County: Orange

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.   MONICA FIGUEROA
7/11/2018

X _____
SIGNATURE

**PROOF OF SERVICE**

# D.D.S.

# LOS ANGELES COUNTY RETURN SLIP

3357713

| | |
|---|---|
| **Secretary** | Miguela Dalziel |
| **Firm** | Charles T. Marshall, Esq |
| **Address** | 415 Laurel St Ste 405 |
| **City** | San Diego    92101 |
| **Phone #** | (760) 967-7567 |
| **Party To be Served** | ALICIA COX |
| **Docs:** | SUMMONS & COMPLAINT |
| **Case Name:** | LIFE SAVERS v WYNAR |
| **Billing Ref:** | LIFESAVERS v. WYNAR |
| **Case #** | 518CV02252HRL |

364

# LOS ANGELES COUNTY RETURN SLIP