# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LIFE SAVERS CONCEPTS ASSOCIATION OF CALIFORNIA, et al., <br><br>Plaintiffs, <br><br>v. <br><br>ROAHN WYNAR, et al., <br><br>Defendants. | Case No. 18-cv-02252-BLF <br><br>**JUDGMENT** |

On February 29, 2024, the Court granted Defendant Roahn Wynar's motion for judgment on the pleadings on the sole remaining claim in this case. ECF No. 180. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants Roahn Wynar and The Federal Bureau of Investigation and against Plaintiffs Life Savers Concepts Association of California, Life Savers Concepts Association, Inc., Lupita Chavez, Rito Chavez, Raquel Chavez, and Esequiel Lombera. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 29, 2024

_____
BETH LABSON FREEMAN
United States District Judge